IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTIE B. CRUTCHER, | ) | |
| | ) | |
|    Plaintiff, | ) | CASE NO.: 1:22-cv-00472 |
| vs. | ) | |
| | ) | Removed from Circuit Court of |
| CANOPIUS US INSURANCE, INC., | ) | Mobile County, Alabama |
| | ) | 02-CV-2022-901854 |
|    Defendant. | ) | |

_____

## CORPORATE DISCLOSURE
_____

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Canopius US Insurance, Inc. ("Canopius") in the above-captioned action certifies that the general nature and purpose of the foregoing entity is to provide insurance and indemnity services.

Canopius is a Delaware corporation with its principal place of business in Illinois. We are unaware of any parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially post a financial or professional conflict for a judge handling this matter.

1

Done this 21st day of November, 2022.

                                                *s/ Priscilla K. Williams*
                                                Priscilla K. Williams (asb-3424-a43n)
                                                James L. Pattillo (asb-2746-a49p)
                                                Attorneys for Defendant

**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Phone:  (205) 795-6588
Facsimile:  (205) 328-7234
Email: PKW@csattorneys.com
        JLP@csattorneys.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants:

C. Bennett Long
Alvin M. Colvin
Long & Long, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
Email: bennet@longandlong.com
       Alan@longandlong.com

                                                *s/ Priscilla K. Williams*
                                                OF COUNSEL