# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Christie B. Crutcher,** | * |
| | * |
|     **Plaintiffs,** | * |
| | * |
| v. | *   Case No.:  22-cv-00472-JB-B |
| | * |
| **Canopius US Insurance, Inc.,** | * |
| | * |
|     **Defendant.** | * |
| | * |

## REPORT OF MEDIATOR

Today the undersigned mediator mediated this case with the parties. The mediation did not result in a settlement.

                                                          */s/ Michael E. Upchurch*
                                                          MICHAEL E. UPCHURCH (UPCHM2707)
                                                           Mediator

**OF COUNSEL**:
FRAZER GREENE LLC
Post Office Box 1686
Mobile, Alabama 36633
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2023, I served a copy of the foregoing pleading via e mail on the following counsel of record:

C. Bennett Long, Esquire
Andrea Butler, Esquire
Alan M. Colvin, Esquire
Frederick T. Bussey, Esquire
Long & Long, P.C.
3600 Springhill Memorial Drive, North
Mobile, Alabama  36608
bennett@longandlong.com
addie@longandlong.com
alan@longandlong.com
erick@longandlong.com

James L. Pattillo, Esquire
Priscilla K. Williams, Esquire
Christian & Small, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
jlpattillo@csattorneys.com
pkwilliams@csattorneys.com

                    */s/ Michael E. Upchurch*
                    MEDIATOR